IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO: THOMPSON RESEARCH GROUP, MOTION TO QUASH (14-mc-52) | |

**ORDER GRANTING IN PART AND DENYING IN PART
THOMPSON RESEARCH GROUP'S MOTION TO QUASH SUBPOENA**

**AND NOW**, this 15th day of May, 2014, upon consideration of the Motion to Quash Subpoena submitted by nonparty Thompson Research Group ("TRG") (ECF 1, Case No. 14-MC-52 (E.D. Pa.)), Plaintiffs' Memorandum in Opposition (ECF 14, Case No. 13-MC-194 (M.D. Tenn.)), TRG's Reply in Support of its Motion (ECF 2, Case No. 14-MC-52 (E.D. Pa.)), the oral arguments presented at the hearing held on April 24, 2014 (ECF 111), and the supplemental letters filed by counsel (ECF 116, 13-MD-2437 (E.D. Pa.); ECF 6, Case No. 14-MC-52 (E.D. Pa.)), it is hereby **ORDERED** that TRG's Motion to Quash is **GRANTED IN PART** and **DENIED IN PART**, for the reasons stated in the foregoing memorandum.

Any disclosures made by TRG in compliance with Plaintiffs' subpoena shall also be made available to the defendants in Case No. 13-MD-2437 (E.D. Pa.).

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**